# United States District Court

### WESTERN DISTRICT OF WASHINGTON

CHARLES HENRY TROUTMAN

v.

AT&T MOBILITY CORPORATION, et al.,

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5666BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Troutman's motion for summary judgment (Dkt. 10) is **DENIED**, and this case is **DISMISSED** without prejudice, which **MOOTS** Troutman's motion to extend (Dkt. 13).

June 28, 2010
Date

BRUCE RIFKIN
Clerk

s/CM Gonzalez
Deputy Clerk